**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH TAYLOR,          ) | No. 3:06-cv-00692-CRB |
| )                        Plaintiff, ) | **ORDER GRANTING PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |
| vs.                      ) | |
| VIAD CORP., et al.,      ) | |
| )                        Defendants. ) | |

**IT IS SO ORDERED**.  All claims against all Defendants are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: June 24, 2014                                    By: _____
                                                                Charles R. Breyer
                                                                United States District Judge

1
ORDER GRANTING PLAINTIFF'S DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION